Terrance ANDERSON,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 49840.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 5, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 17, 1985.

Application to Transfer Denied Feb. 18, 1986.

James S. McKay, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

Michael Alvin THOMPSON,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 49872.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 17, 1985.

Application to Transfer Denied Feb. 18, 1986.

Linda Vespereny, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).